1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    United States of America,              )    CR -11-2133-TUC-RCC(LAB)
                                            )
10            Plaintiff,                     )    **ORDER**
                                            )
11   vs.                                    )
                                            )
12   Paul Aaron Lerma,                      )
                                            )
13            Defendant.                     )
                                            )
14                                          )
                                            )
15   _____

16          The Court has reviewed the pleadings, the transcript and exhibits and the  Magistrate

17   Judge's  Report and Recommendation.

18          No objections having been filed,

19          **IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation

20   (Doc. 41).

21          **IT IS FURTHER ORDERED DENYING**  Defendant's Motion to Suppress

22   Evidence (Doc. 29)..

23          Trial remains set for August 21, 2012.

24

25   DATED this 3rd day of July, 2012.
                                        Raner C. Collins
26                                      **United States District Judge**

27

28   *mg*